IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT CUMMINGS,**
**ADC #139081**     **PLAINTIFFS**

V.     No. 4:12CV0007 JLH-BD

**ANTHONY RODGERS and**
**BILL HOLLENBECK**     **DEFENDANTS**

## ORDER

Robert Cummings filed a Complaint (docket entry #2) under 42 U.S.C. § 1983, on January 6, 2012, along with an Applications to Proceed *In Forma Pauperis* (#1). Cummings alleges that his constitutional rights were violated at the Sebastian County Detention Center, which is located in the Western District of Arkansas. According to the Complaint, most of the events giving rise to this lawsuit occurred in Fort Smith, Arkansas, and the named Defendants all reside in Fort Smith.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fort Smith Division, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE