IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT CUMMINGS                                                                                    PLAINTIFF

       v.                          Civil No. 12-2010

ANTHONY RODGERS, Jailer,
Sebastian County Detention Center;
and SHERIFF BILL HOLLENBECK,
Sebastian County, Arkansas                                                                       DEFENDANTS

## ORDER

The Plaintiff has filed a motion (Doc. 1) to proceed *in forma pauperis* (IFP). The motion (Doc. 1) is granted. Pursuant to the Prison Litigation Reform Act, the Clerk is directed to collect the $350 filing fee from Plaintiff.

The Court hereby directs the United States Marshal to serve the Defendants. The Defendants may be served at the Sebastian County Detention Center, 801 South A Street, Fort Smith, AR 72901. Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

IT IS SO ORDERED this 15th day of March 2012.

                                                            /s/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE