IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT CUMMINGS                                                     PLAINTIFF

v.                      Civil No. 12-2010

ANTHONY RODGERS, Jailer,
Sebastian County Detention Center;
and SHERIFF BILL HOLLENBECK,
Sebastian County, Arkansas                                     DEFENDANTS

### **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Robert Cummins, filed this case pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Before me for consideration are two motions to dismiss filed by the Defendants (Docs. 18 & 20).

According to the motions to dismiss, Defendants provided Plaintiff with written notice that his deposition would be taken on June 28, 2012, beginning at 2:00 p.m. at the Offices of Rainwater, Holt & Sexton Law Firm located at 6315 Ranch Drive, Little Rock, Arkansas

At approximately 2:15 p.m., on June 28th, Defendants' counsel went on the record noting that Plaintiff had failed to appear. Further, Defendants indicate that the address on the docket sheet is no longer a valid address.

Defendants ask that the case be dismissed based on Plaintiff's failure to appear at the deposition and his failure to keep the Court apprised of his current address. Additionally, they ask that Plaintiff be required to pay the reasonable expense, including attorney's fees, caused by the failure.

Plaintiff has not filed a response to either motion to dismiss. Plaintiff has not contacted the Court in anyway.

I recommend that Defendants' motions to dismiss (Docs. 18 & 20) be granted and the case dismissed with prejudice. Defendants should be directed to submit their costs associated with the aborted deposition.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of January 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE