IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT CUMMINGS                                                                    PLAINTIFF

v.                                  Case No. 2:12-CV-02010

ANTHONY RODGERS, Jailer, Sebastian County
Detention Center; and BILL HOLLENBECK,
Sheriff, Sebastian County                                                         DEFENDANTS

## **O R D E R**

Currently before the Court are the Report and Recommendations (Doc. 22) filed in this case on January 10, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Report and Recommendation, and the time period for filing objections has passed.

Defendants in this case filed a Motion to Dismiss (Doc. 18) on July 26, 2012. Defendants filed a second Motion to Dismiss (Doc. 20) on July 27, 2012. Defendants state that Plaintiff failed to appear for a deposition, has failed to keep his address current with the Court as required, and has otherwise failed to prosecute this case by communicating with either defense counsel or the Court. Plaintiff did not respond to Defendants' Motions. Plaintiff has not filed objections to the Report and Recommendations, nor has he filed anything in this case in almost ten months.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be, and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, IT IS ORDERED that Defendants' second Motion to Dismiss (Doc. 20) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that Defendant's first Motion to Dismiss (Doc. 18) is DENIED AS MOOT.

No costs will be assessed. Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE