IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT CUMMINGS                                                                                      PLAINTIFF

v.                                    Case No. 2:12-CV-02010

ANTHONY RODGERS, Jailer, Sebastian County
Detention Center; and BILL HOLLENBECK,
Sheriff, Sebastian County                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendants' second Motion to Dismiss (Doc. 20) is GRANTED, Defendant's first Motion to Dismiss (Doc. 18) is DENIED AS MOOT, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

No costs are assessed.

IT IS SO ADJUDGED this 13th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE